IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| BENJAMIN SHABAZZ PEAY | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 04-1859 (CKK) |
| | ) | |
| UNITED STATES DEPARTMENT OF | ) | |
| JUSTICE, ET AL, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

# EXHIBIT A

Benjamin Shabazz Peay
PN 16161-057
Federal Correctional Institution
2680 Highway 301 South
Jesup, GA 31599

FEDERAL BUREAU OF INVESTIGATION
Freedom of Information/ Privacy Act
Criminal Division
Ninth Street and Pennsylvania Ave., N.W.
Washington, D.C.  20535

        RE:  THE FREEDOM OF INFORMATION ACT 5 U.S.C. Sec. 552)
              Privacy Act (5 U.S.C. Sec. 552a (d)(1) Request
              Exemptions (5 U.S.C. SEC. 552 (6)(c)(b)(7). GENERAL
              (5 U.S.C.) SEC. 552a(J)(2) or specific (5 U.S.C.
              SEC. 552a(K)(2) NOT APPLICABLE TO THIS REQUEST.

Dear Sir,

    This letter constitutes a formal request for copies of records pursuant
to the provisions of the FREEDOM OF INFORMATION  ACT (5 U.S.C. Sec. 552)
and the Privacy Act of 1974, (5U.S.C. Sec. 552a (d)(1).  I request that
your agency conduct a search of your systems of records and provide me
with a usable copy of the system of records that your agency has maintained
under my name and/or identifier assigned to my name.  This request is
sought specifically for amendment, deletion and/ or expungement (5 U.S.C.
Sec. 552a (d)(a) of records maintained by your agency.  The records
sought are, but not limited to, the compiled files containing (1)
arrest reports (2) Task Force investigation reports (3) reports of
evidentiary and or scientific informational findings; (4) Final and
closing investigation reports, (5) And any or all information data
or reports, including surveillance, and all information or data not
otherwise exempted by statue.  This should in particular be the ones
pertaining to and including the Internal Revenue Service, the U.S.
Attorney's Office, and the ATF.

    It is further requested that your agency in response to the material
requested, specifically inform me if and to whom the files and or
any material there-in contained have been released to any identifiabe
individual or agency, their name, title, purpose and need for such
information, the date of such release et cetra.

It is further requested that your agency provide me with a copy of specific regulations of your department as provided in statue (5 U.S.C. Sec. 552) so that compliance with such regulations is adhered to except as otherwise provided by law, (5 U.S.C. Sec. 701 et cetra).

This request is made under the FREEDOM OF INFORMATION ACT (5 U.S.C. Sec. 552) and the PRIVACY ACT (5 U.S.C. Sec. 552a) together with the alternate means of acces, to permit me maximum access to the records in your files. If it is determined that portions of the martial is exempt, I request specific reasons be given.

Pursuant to Title 5 U.S.C. Sec. 552(6)(a)(j), it is noted that your agency has ten working days following receipt of this request to provide information and material sought. Should any reasonable delay occur it is requested that your agency inform me of this delay as provided by agency regulations and the date that your agency will be able to act upon this request.

Respectfully submitted,

Benjamin Shabazz Peay
PN 16161-057

PRIVACY ACT STATEMENT:  In accordance with 28 C.F.R. §16.41, personal data sufficient to identify the individual submitting request by mail under PRIVACY ACT 1974, 5 U.S.C. §552a, is required.  The purpose of this solicitation is to ensure that the records of individuals who are the subjects of the U.S. Department of Justice systems records are not wrongly disseminated by the department.  Failure to furnish this information will result in no action being taken on the request by the System Manager.  False information on this form may subject the requester to criminal penalties under 18 U.S.C §1001 and/or 5 U.S.C. §552a(i)(3).

FULL NAME OF REQUESTER _Ben Shabazz Peas_

CURRENT ADDRESS _2680 Hwy 301 South (FCI) Jesup, GA 3159_

DATE OF BIRTH _▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓_ PLACE OF BIRTH _Baltimore_

PRISON NUMBER _16161-057_

UNDER PENALTY OF PERJURY I CERTIFY THAT I AM THE PERSON NAMED ABOVE.

_Ben Shabazz Peas_

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

BENJAMIN SHABAZZ PEAY                      )
                                           )
    Plaintiff,                             )
                                           )
                                           )
    v.                                     )       Civil Action No. 04-1859 (CKK)
                                           )
UNITED STATES DEPARTMENT OF                )
JUSTICE, ET AL,                            )
                                           )
    Defendants.                            )
                                           )

# EXHIBIT B



U. S. Department of Justice

Federal Bureau of Investigation

*Washington, D.C. 20535*

MR BENJAMIN SHABAZZ PEAY                                November 1, 2002
16161-057
2680 HIGHWAY 301 SOUTH
JESUP, GA 31599

Request No.  0969183- 000
Subject PEAY, BENJAMIN SHABAZZ

Dear Requester:

☐      This acknowledges receipt of your Freedom of Information-Privacy Acts (FOIPA) request to the FBI. The FOIPA number listed above has been assigned to your request.

☐      For an accurate search of our records, please provide the complete name, alias, date and place of birth for the subject of your request. Any other specific data you could provide such as prior addresses, or employment information would also be helpful. If your subject is deceased, please include date and proof of death.

☐      To make sure information about you is not released to someone else, we require your notarized signature or, in place of a notarized signature, a declaration pursuant to Title 28, United States Code 1746. For your convenience, the reverse side of this letter contains a form which may be used for this purpose.

☐      If you want the FBI's Criminal Justice Information System (CJIS) to perform a search for your arrest record, please follow the enclosed instructions in Attorney General Order 556-73. You must submit fingerprint impressions so a comparison can be made with the records kept by CJIS. This is to make sure your information is not released to an unauthorized person.

☐      We are searching the indices to our central records system at FBI Headquarters for the information you requested, and will inform you of the results as soon as possible.

☐      Processing delays have been caused by the large number of requests received by the FOIPA. We will process your request(s) as soon as possible.

Your request has been assigned the number indicated above. Please use this number in all correspondence with us. Your patience is appreciated.

Sincerely yours,

David M. Hardy
Section Chief,
Records Information
    and Dissemination Section
Records Management Division

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

BENJAMIN SHABAZZ PEAY                    )
                                         )
        Plaintiff,                       )
                                         )
            v.                           )        Civil Action No. 04-1859 (CKK)
                                         )
UNITED STATES DEPARTMENT OF              )
JUSTICE, ET AL,                          )
                                         )
        Defendants.                      )
                                         )

# EXHIBIT C

U.S. Department of Justice

Federal Bureau of Investigation

*Washington, D.C. 20535*

MR BENJAMIN SHABAZZ PEAY
**16161-057
2680 HIGHWAY 301 SOUTH
JESUP, GA 31599

February 24, 2003

Request No    0969133-000
Subject: PEAY, BENJAMIN SHABAZZ

Dear Mr. Peay:

This is in further response to your Freedom of Information-Privacy Acts (FOIPA) request.

Information which might relate to your FOIPA request was located by a search of the indices to the Central Records System at FBI Headquarters. However, this material is unavailable and has been placed on "special locate." If and when it is verified that the information is pertinent to your request, you will be notified.

Should you desire a check of our field office files, it will be necessary for you to direct your request to the appropriate field office(s).

You may file an administrative appeal by writing to the Office of Information and Privacy, U.S Department of Justice, Flag Building, Suite 570, Washington, D.C. 20530, within sixty days from receipt of this letter. The envelope and the letter should be clearly marked "Freedom of Information Appeal" or "Information Appeal." Please cite the FOIPA number assigned to your request so that it may be easily identified.

Sincerely yours,

David M. Hardy
Section Chief,
Records Information
   and Dissemination Section
Records Management Division

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

BENJAMIN SHABAZZ PEAY                      )
                                           )
        Plaintiff,                         )
                                           )
        v.                                 )        Civil Action No. 04-1859 (CKK)
                                           )
UNITED STATES DEPARTMENT OF                )
JUSTICE, ET AL,                            )
                                           )
        Defendants.                        )
                                           )

# EXHIBIT D

OFFICE OF INFORMATION
AND PRIVACY

MAR 19 2003

RECEIVED

Benjamin Shabazz Peay
**16161-057
Federal Correctional Institute
2680 Highway 301 South
Jesup, GA. 31599
March 10, 2003

Freedom of Information Appeal
Request No. 183-000
Subject. Peay, Benjamin Shabazz

Dear Sir,

This letter will serve as a "Freedom of Information Appeal."
As you know, Freedom of Information Act (5 U.S.C.), and the
Privacy Act (5 U.S.C. 552a (d) (1), and the applicable state Statues
governing Freedom of Information Requests for full disclosure and
release of all records, or data contained in the files of your
Agency, and specifically under my name. The records sought but
not limited to is (1) Task Force Records. (2) Arrest records
(3) investigation reports, (3) reports of evidentiary and or
scientific informational findings, (4) Profile. (5) search warrants
(5) final and closing investigation reports; and (6) any and all
information, data, recording, or reports not exempt by stuate.
Please note that investigation reports are no longer accorded
exempt statues unless under the specific exemption noted,
and only with regard to specific citation of authority. Paton v
LaParade, 524 F. 2d. 862, 868-869 (CA) 1975).

This Appeal is made under the Freedom of Information Act. If
it should be determined that any material be deemed CONFIDENTIAL
due to identification of source, then permission is granted to
the Agency to delete source identification only from the material
released.

Very truly yours,

Ben Shabazz Peay

Attachment:

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

BENJAMIN SHABAZZ PEAY )
)
Plaintiff, )
)
v. )        Civil Action No. 04-1859 (CKK)
)
UNITED STATES DEPARTMENT OF )
JUSTICE, ET AL, )
)
Defendants. )
)

# EXHIBIT E



U.S. Department of Justice

Office of Information and Privacy

Telephone (202) 514-3642                    Washington, D.C. 20530

APR - 3 2003

Mr. Benjamin Shabazz Peay
Register No. 16161-057
Federal Correctional Institution
2680 Highway 301 South
Jesup, GA  31599

   Re     FOIPA No 969183

Dear Mr. Peay

     This is to advise you that your administrative appeal from the action of the Federal Bureau of Investigation on your request for information from the files of the Department of Justice was received by this Office on March 19, 2003

     The Office of Information and Privacy, which has the responsibility of adjudicating such appeals, has a substantial backlog of pending appeals received prior to yours  In an attempt to afford each appellant equal and impartial treatment, we have adopted a general practice of assigning appeals in the approximate order of receipt  Your appeal has been assigned number 03-1752  Please mention this number in any future correspondence to this Office regarding this matter

     We will notify you of the decision on your appeal as soon as we can  The necessity of this delay is regretted and your continuing courtesy is appreciated

                          Sincerely,

                          Priscilla Jones
                          Administrative Specialist

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

BENJAMIN SHABAZZ PEAY             )
                                 )
        Plaintiff,               )
                                 )
        v.                       )        Civil Action No. 04-1859 (CKK)
                                 )
UNITED STATES DEPARTMENT OF      )
JUSTICE, ET AL,                  )
                                 )
        Defendants.              )
                                 )

# EXHIBIT F



U.S. Department of Justice

Office of Information and Privacy

_____

Telephone: (202) 514-3642            Washington, D.C. 20530

12/5/03

Mr. Benjamin Shabazz Peay
Register No. 16161-057
Federal Correctional Institution      Re:  Appeal No. 03-1752
2680 Highway 301 South                     FBI No. 969183
Jessup, GA  31599                          RLH:ADW:MJS

Dear Mr. Peay:

     You appealed from the action of the Headquarters Office of the
Federal Bureau of Investigation on your request for access to records
concerning you.

     After carefully considering your appeal, I have decided to
affirm the FBI's action on your request.

     The FBI informed you that while its records reflect the
existence of a file responsive to your request, it has been unable to
locate this file.  A "special locate" was initiated in order to
retrieve these documents.  The FBI is making every effort to locate
these documents.  Once this material is found, the FBI will process
it and those records that can be released will be made available to
you directly by the FBI.  If you are dissatisfied with the ultimate
action on this material, you may appeal again to this Office.

     The FBI has not searched any of its field offices for
information responsive to your request.  You may, therefore, wish to
send requests to each FBI field office you believe maintains the
information you seek.  I will consider individually appeals from each
response.

     If you are dissatisfied with my action on your appeal, you may
seek judicial review in accordance with 5 U.S.C. § 552(a)(4)(B).

                    Sincerely,



                    Richard L. Huff
                    Co-Director

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

BENJAMIN SHABAZZ PEAY                )
                                     )
        Plaintiff,                   )
                                     )
                                     )
        v.                           )        Civil Action No. 04-1859 (CKK)
                                     )
UNITED STATES DEPARTMENT OF          )
JUSTICE, ET AL,                      )
                                     )
        Defendants.                  )
                                     )

# EXHIBIT G

Benjamin Shabazz Peay
PN 16161-057
Federal Correctional Institution
2680 Highway 301 South
Jesup, GA 31599
May 17, 2004

Federal Bureau Of Investigation
Freedom of Information Request
400 S. Tryon Street, Ste 900
Charlotte, North Carolina 28285

Dear Sir or Madam:

This is a request under the Freedom of Information Act as amended
(5 U.S.C. Section 552); PRIVACY ACT (5 U.S.C. Section 552a (d)(1) Request;
Exemptions (5 U.S.C. Section 552 (6)(c)(b)(7), General (5 U.S.C. Section
552a (j)(2) or specific (5 U.S.C. Section 552a (k)(2)) not applicable.

I wish to obtain copies of all documents referring to me or
retrievable in a search for files listed under my name. Please advise
me if my name is contained in other "See Reference" files as well, so
that I can make a decision whether to have any such files searched.

If all or any part of my request is denied, please list the specific
exemptions which are being claimed to withhold information.

If you determine that some portions of the requested material are
exempt, I will expect, as the Act provides, that you will provide me
with the remaining non-exempt portions. I, of course reserve the right to
appeal any decision to withhold information and expect that you will list
the address and office where such an appeal can be sent.

The records sought are, but not limited to the compiled files
compiled by (1) Task Force Investigation (2) Arrest reports (3) Invest-
igation reports; (4) Reports of evidentiary and or scientific informational
findings; (5) Final and closing investigation reports;(6) And all
information, data, reports not exempted by law.

It is further requested that your agency, in response to the material requested specifically inform me if and to whom the files or material therein contained has been released to any individual or agency; their name and title; purpose and need for such information, et cetra. This request is made under the FREEDOM OF INFORMATION ACT (5 U.S.C. Section 552) and the PRIVACY ACT OF 1974 together with the "alternate means access," to permit me maximum access to the records in and maintained on your files within your agency.

If it should be determined that any material/record be deemed CONFIDENTIAL due to the identification of the source, then permission is granted to delete source identification only from the material for release.

As provided in the Freedom of Information Act, I will expect to receive a reply within ten working days.

Respectfully,

Ben Shabazz Pea

2)

# PRIVACY ACT IDENTIFICATION AND REQUEST FORM

TO: Federal Bureau of Investigation
    Freedom of Information Request
    400  S. Tryon Street, Ste 900
    Charlotte, North Carolina 28285

This request is made is made for the purpose of gaining access to
my request  of records pertaining to the SYSTEMS OF RECORDS indicated
on the attached letter.

The following is supplied pursuant to Department of Justice regulations
(28 C.F.R. 16:41) in order to clearly identify myself and to help in
locating my records.

NAME __Benjamin Shabazz Peay__

ADDRESS __Ansonia Street__

CITY AND STATE __Winston-Salem, N.C.__

The approximate year during which a record about me was
created __87 ± 93__

The judicial distric was __Middle Distaict-Greensboro__

FBI Case Number __969185__

TASK FORCE NAME __A-chilles Heel__

B.O.P. Number __16161057__

DATE OF BIRTH __████████__

Under the penalty of perjury, 28 U.S.C. §1746, I declare that this
forgoing information is true and correct.  I further certify that
I am the person named above, and I undersand that any falsification
of same, i.e., knowingly and willfully requesting or obtaining
any records under false pretense is a crime.

SIGNATURE __Ben Shabazz Pe__ DATE: __5-17-04__

F.C.I. - 16161057
2680 Highway 301 South
Jesup, GA 31599

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

BENJAMIN SHABAZZ PEAY          )
                              )
        Plaintiff,            )
                              )
        v.                    )          Civil Action No. 04-1859 (CKK)
                              )
UNITED STATES DEPARTMENT OF   )
JUSTICE, ET AL,               )
                              )
        Defendants.           )

# EXHIBIT H



U.S. Department of Justice

Federal Bureau of Investigation

*Washington, D.C. 20535*

*June 9, 2004*

MR BENJAMIN SHABAZZ PEAY
**16161-057
2680 HIGHWAY 301 SOUTH
JESUP, GA 31599

Request No.: 0999289- 000
Subject:PEAY, BENJAMIN SHABAZZ

Dear Mr. Peay:

☒    This acknowledges receipt of your Freedom of Information-Privacy Acts (FOIPA) request to the FBI. The FOIPA number listed above has been assigned to your request. Your request was forwarded from our Charlotte Field Office.

☐    For an accurate search of our records, please provide the complete name, alias, date and place of birth for the subject of your request. Any other specific data you could provide such as prior addresses, or employment information would also be helpful. If your subject is deceased, please include date and proof of death.

☐    To make sure information about you is not released to someone else, we require your notarized signature or, in place of a notarized signature, a declaration pursuant to Title 28, United States Code 1746. For your convenience, the reverse side of this letter contains a form which may be used for this purpose.

☐    If you want the FBI's Criminal Justice Information System (CJIS) to perform a search for your arrest record, please follow the enclosed instructions in Attorney General Order 556-73. You must submit fingerprint impressions so a comparison can be made with the records kept by CJIS. This is to make sure your information is not released to an unauthorized person.

☐    We are searching the indices to our central records system at FBI Headquarters for the information you requested, and will inform you of the results as soon as possible.

☐    Processing delays have been caused by the large number of requests received by the FOIPA. We will process your request(s) as soon as possible.

Your request has been assigned the number indicated above. Please use this number in all correspondence with us. Your patience is appreciated.

Sincerely yours,

David M. Hardy
Section Chief,
Record/Information
  Dissemination Section
Records Management Division

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| BENJAMIN SHABAZZ PEAY | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 04-1859 (CKK) |
| | ) | |
| UNITED STATES DEPARTMENT OF | ) | |
| JUSTICE, ET AL, | ) | |
| | ) | |
| Defendants. | ) | |

# EXHIBIT I

U.S. Department of Justice

Federal Bureau of Investigation

Washington, D.C. 20535

January 12, 2005

Mr. Benjamin Shabazz Peay
16161-057
2680 Highway 301 South
Jesup, GA 31599

FOIPA No. 999289

Dear Mr. Peay:

Reference is made to the Freedom of Information-Privacy Acts (FOIPA) request you submitted to our Charlotte Field Office (CEFO) for documents concerning yourself. As you have been advised, the CEFO forwarded this request to FBI Headquarters for processing. Your request is currently in our backlog of FOIPA requests awaiting assignment.

One CEFO main file is responsive to your request (281-CE-60393) for records pertaining to yourself. This file consists of 21 volumes totaling approximately 2,835 pages, nine audio cassette tapes, and one video cassette tape. The main file investigation also concerns other co-conspirators. If all of the responsive pages that pertain to you were determined to be releasable, duplication costs of approximately $273 could result, representing a charge of ten cents per page. (No fee is assessed for the first 100 pages.)

We have placed the backlogged requests awaiting assignment into three "tracks," based on the volume of material to be reviewed. Your request was placed in our large "track." Large "track" requests containing over 2,500 responsive pages are assigned at a slower rate than those in the medium (501-2,500) or small (up to 500 pages) "tracks." Unfortunately, the rate of assignment out of the large "track" is the slowest. We are interested in accelerating the assignment of your request, that is placing your request in a more expeditious "track." To qualify for accelerated assignment, you will need to limit the amount of documents to be processed.

Mr. Benjamin Shabazz Peay

For your information, a preliminary review of CEFO main file 281-CE-60393 revealed a May 1989 - April 1997 Continuing Criminal Enterprise-Racketeer Influenced and Corrupt Organizations-Drugs law enforcement investigation which was conducted in Winston-Salem, North Carolina. A description including the appropriate page count and the time frame of each volume follows.

Volume 1 comprises approximately 360 pages (May - June 1989) - This volume contains documents concerning electronic surveillance (ELSUR), witness interview transcripts (FD-302s), evidence inventories, other Government agency documents, and material concerning administrative matters. The majority of this volume pertains to the investigation of third parties.

Volume 2 comprises approximately 500 pages (June 1989 through August 1990) - This volume includes copies of search warrants regarding your personal property. In addition, third party records such as, seizure and forfeiture, FD - 302's, and Federal subpoenas are maintained within this volume. Approximately 250 pages specifically concern you including details of the circumstances of your arrest.

Volume 3 contains approximately 300 pages (April 1989 through August 1991) - This volume comprises third party records regarding seized and forfeited items and also details of administrative evidence distribution. The majority of this volume does not concern you.

Volume 4 consists of 65 pages (July 1992 through April 1997) - This volume contains documents pertaining to the appeal of your conviction and, ultimately, your retrial.

In addition, the responsive CEFO main file also encompasses 11 volumes of Subfile records comprising approximately 960 pages. These volumes reflect certain details of the investigation, such as: a) ELSUR activity; b) Government expenses and, c) third-party arrest and seizure records. Furthermore, Subfile FUG 1 (21 pages) contains material relating to the brief period you were considered a fugitive, including documentation of your arrest. Subfiles FUG 2 and 3 (approximately 50 pages) contains material relating to the fugitive status of third parties. Also, six "1A" Exhibit volumes, containing approximately 650 pages, comprise Special Agents' handwritten notes, receipts, photographs, Court documents, and forms concerning administrative evidence distribution.

Mr. Benjamin Shabazz Peay

In order to reposition your request into our medium "track," you must reduce the pages to be processed down to between 501 and 2,500. For example, you could start by excluding all of the Subfile and "1A" Exhibit volumes, which usually contain information duplicative of information maintained within the main file volumes. Elimination of these records would reduce the number of responsive pages to approximately 1,200. This would accelerate the assignment of your request by several months. In order to place your request into our small "track," you might consider accepting only main file volumes 2 and 4 because they contain numerous records concerning your activities. Although, these volumes comprise approximately 600 pages, you might decide to eliminate the Court documents from volume 2 (approximately 100 pages which includes Federal Grand Jury indictments and search warrants). Small "track" requests are assigned for FOIPA processing within 60 days.

Bear in mind that there are other options available to you in order to reduce the scope of your request. Perhaps you are only interested in documents relating to your appeal and retrial; or you are solely interested in receiving information concerning the forfeiture of your personal property.

28 C.F.R. Section 16.11 (d) allows for the first 100 pages of responsive records to be released to a requester without any duplication fee. Given this option and the options discussed above, we are not certain how to proceed with your request at this time. If we leave its current status unchanged, there will be significant delays and high duplication costs. Any reduction in the scope of your request may have the benefit of reducing duplication fees as well as accelerating the assignment and processing of your request. At this point, you have several options: (1) you may narrow the scope of your request in order to reduce processing delays and duplication costs; (2) if you choose not to narrow your request, please advise Mr. Heagerty either by telephone or in writing, of your willingness to pay the approximately $273 in duplication fees; (3) you may receive the first 100 pages of records without any duplication fee; or (4) you may choose to terminate your request entirely.

As you can see, it is important that you respond to this letter promptly. If you do not respond within 30 days from the date of this letter, advising how you would like us to proceed with your request, we will assume that you are no longer interested in receiving any of the responsive records and we will close your request administratively.

Mr. Benjamin Shabazz Peay

You or your representative may discuss reformulating your request by either telephoning my representative, Mr. Michael Heagerty at (202) 220-1123 between 7:00 a.m. and 3:00 p.m. (EST), Monday through Friday; or responding in writing (FBIHQ, Record/Information Dissemination Section, 935 Pennsylvania Avenue, N.W. Washington, D.C. 20535). Alternately, you may facsimile your response to Mr. Heagerty at (202) 220-1807. Please mark the communication Attn: Michael Heagerty, Negotiation Team. Additionally, include FOIPA No. 999289 in any written communication that you submit.

I look forward to hearing from you.

Sincerely yours,

David M. Hardy/gdtm

David M. Hardy
Section Chief
Record/Information
  Dissemination Section
Records Management Division